OPINION — AG — ** PROCEEDS FROM SALE — REVOLVING FUNDS ** PROCEEDS DERIVED FROM THE SALE OF STATE PARK PROPERTY UNDER AUTHORITY OF 74 O.S. 351 [74-351](N) MAY 'NOT' PROPERLY BE DEPOSITED TO THE CREDIT OF THE REVOLVING FUND KNOWN AS THE STATE PARK FUND CREATED IN 74 O.S. 351 [74-351](K) (SALE OF PROPERTY, RELEASE, SALE OF PERMITS, FUND FOR CONTRIBUTIONS — GIFTS — ETC) CITE: 62 O.S. 203 [62-203], 74 O.S. 351 [74-351] (JAMES C. HARKIN)